THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOUTH BROOKLYN RAILWAY COMPANY, Appellant, *v.* CLARK WILLIAMS, as Comptroller of the State of New York, Respondent.

*People ex rel. South Brooklyn Ry. Co. v. Williams*, 150 App. Div. 894, affirmed.
(Argued October 3, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1912, which confirmed, on certiorari, a determination of the defendant refusing to revise and readjust franchise taxes assessed against the relator.

*Charles A. Collin* and *George D. Yeomans* for appellant.

*Thomas Carmody, Attorney-General (Franklin Kennedy* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.